## 61799. GEORGE THOMPSON FORD, INC. v. WHITLEY.

POPE, Judge.

After further consideration, we conclude that the application for interlocutory appeal in this case was improvidently granted and the appeal is, therefore, dismissed.

*Appeal dismissed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED SEPTEMBER 11, 1981.

*Robert L. Goldstucker, Lowell S. Fine,* for appellant.
*Joe A. Edwards, Tyrus R. Atkinson, Jr.,* for appellee.